# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SCOTT CRANE, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:20-CV-00013 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| RAVE RESTAURANT GROUP, INC., | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On October 25, 2021, this action came for trial before a jury. Both sides announced ready for trial and, following the presentation of evidence, the jury was instructed to answer certain questions. The jury returned a verdict on October 29, 2021. The jury found Plaintiff Scott Crane met the performance criteria set forth in the 2017 Restricted Stock Unit Award Agreement, and awarded $924,000.00 for Defendant Rave Restaurant Group Inc.'s failure to transfer the Restricted Stock Units.

It is therefore **CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff Scott Crane recovers from Defendant Rave Restaurant Group, Inc. a total judgment of $924,000.00 plus pre- and post-judgment interest thereon at the rate provided by law. Additionally, all costs of court spent or incurred in this cause are adjudged against Defendant Rave Restaurant Group, Inc.

**IT IS SO ORDERED**.

**SIGNED this 1st day of November, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE