IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SCOTT CRANE, | § § § | |
| Plaintiff | § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-00013-ALM |
| RAVE RESTAURANT GROUP, INC. | § § | |
| Defendant. | § § § | |

## MOTION TO WITHDRAW AS COUNSEL

Jamie Lauren Strickler (the "Undersigned") hereby files this Motion to Withdraw as Counsel for Defendant, Rave Restaurant Group, Inc. M. Scott McDonald, John F. McCarthy, Jr, and Shelby K. Taylor of the law firm of Littler Mendelson, P.C. will continue to represent Defendant in this action.

No delay or injustice will be caused by Ms. Strickler's withdrawal as counsel for Defendant. Further, Defendant does not seek an extension of any deadlines as a result of this withdrawal nor to reopen any deadlines previously expired.

Plaintiff's counsel has indicated Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, the Undersigned respectfully requests that the Court grant the Motion to Withdraw Counsel and enter an Order withdrawing Jamie Lauren Strickler as counsel of record, with M. Scott McDonald, John F. McCarthy, Jr, and Shelby K. Taylor of the law firm of Littler Mendelson, P.C. continuing to represent Defendant in this action.

Dated: November 1, 2021                    Respectfully submitted,


                                                  */s/ Jamie Lauren Strickler*
M. Scott McDonald
State Bar No. 13555505
John F. McCarthy, Jr.
State Bar No. 13374500
Jamie L. Strickler
State Bar No. 24071192
Shelby K. Taylor
State Bar No. 24110432
Smcdonald@littler.com
Jmccarthy@littler.com
Jstrickler@littler.com
Sktaylor@littler.com

**LITTLER MENDELSON, P.C.**
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100 (Telephone)
214.880.0181 (Telecopier)

**ATTORNEYS FOR DEFENDANT RAVE RESTAURANT GROUP, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on November 1, 2021, she conferred with Greg McAllister and Josh Iacuone, counsel for Plaintiff, and Plaintiff does not oppose this motion.

>  /s/ *Jamie Lauren Strickler*
>  Jamie Lauren Strickler

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by email via the Court's e-file upon all counsel of record on November 1, 2021, as follows:

R. Rogge Dunn
Joshua J. Iacuone
Greg P. McAllister
Rogge Dunn Group PC
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
rdunn@roggedunngroup.com
iacuone@roggedunngroup.com
mcallister@roggedunngroup.com

>  */s/ Jamie Lauren Strickler*
>  Jamie Lauren Strickler

4868-3534-4129.2 / 111629-1001