IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SCOTT CRANE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-00013-ALM |
| | § | |
| RAVE RESTAURANT GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Plaintiff's Motion to Withdraw as Counsel (Dkt. #113). After considering all relevant pleadings and evidence in this matter, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that Plaintiff's Motion to Withdraw as Counsel (Dkt. #113) is GRANTED. Jamie Lauren Strickler is withdrawn as counsel for Defendant, with M. Scott McDonald, John F. McCarthy, Jr, and Shelby K. Taylor of the law firm of Littler Mendelson, P.C. continuing to represent Defendant in this action.

**IT IS SO ORDERED.**
SIGNED this 4th day of November, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE